ence was made and no notice of intention to have a reference was given to the co-respondents; that there was no consent to the order directing the reference by either of the co-respondents, the plaintiff, or the defendant; and that all the parties have an absolute right to a trial by jury.

WILLIAMS, J., also dissents, on the further ground that, under the circumstances of this litigation and of the former litigation between the parties, no allowance of alimony should be made, and that the amount allowed for expenses should not exceed $100.

PATTERSON, Respondent, v. CITY OF ELMIRA, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Abe Patterson, as administrator, etc., of Helen M. Patterson, against the city of Elmira. No opinion. Judgment and order unanimously affirmed, with costs.

PAYNE CO., Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by the Payne Company against Joseph P. Hall. No opinion. Order affirmed, with $10 costs and disbursements.

PEABODY, Respondent, v. ANTHONY & SCOVILL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Richard A. Peabody against the Anthony & Scovill Company. S. H. Evins, for appellant. P. G. Bartlett, for respondent. No opinion. Judgment affirmed, with costs.

PELL v. PELL. (Supreme Court, Appellate Division, First Department. May 12, 1905.) Action by Anna O. Pell against Duncan G. Pell. No opinion. Appeal dismissed, with $10 costs.

PEOPLE, Respondent, v. BOURNE, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Proceedings by the people of the state of New York against Frederick G. Bourne. W. W. Niles, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. BRIGGS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Proceedings by the people of the state of New York against Charles M. Briggs. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. CREED, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Proceedings by the people of the state of New York against Rose Creed. No opinion. Judgment and order affirmed.

PEOPLE v. DUKE. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Proceedings by the people of the state of New York against William Duke. No opinion. Motion granted, so far as to dismiss appeal.

PEOPLE, Appellant, v. HALL, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Proceedings by the people of the state of New York against Benjamin E. Hall.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., and SMITH, J., dissent.

PEOPLE v. HASBROUCK. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Proceedings by the people of the state of New York against Frederick Hasbrouck.

PER CURIAM. Motion, in so far as it asks that the papers specified in the order of the Special Term be printed upon this appeal, granted, unless within 30 days, upon proper application to the Special Term, the appellant procures the order below to be amended, so as to specify what proceedings in the action and before the referee were in fact used upon the motion at the Special Term, and amends and serves the printed record accordingly, in which case, motion denied.

PEOPLE, Respondent, v. HEIMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Proceedings by the people of the state of New York against Leo Heiman. E. A. Alexander, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE v. MARTINO. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Proceedings by the people of the state of New York against Frank Martino. No opinion. Appeal dismissed.

PEOPLE, Respondent, v. MOTOLA, Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Proceedings by the people of the state of New York against Angelo Motola. M. Wechsler, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. TUDINO. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Proceedings by the people of the state of New York against Frank Tudino. No opinion. Appeal dismissed.

PEOPLE, Respondents, v. VAN VLIET, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Proceedings by the people of the state of New York against John B. Van Vliet. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. AMM et al. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. May 9, 1905.) Proceedings by the people of the state of New York, on the relation of James Amm and others, against the board of railroad commissioners of the state of New York and others. No opinion. Motion denied.